UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>    Plaintiff,<br><br>    v.<br><br>CA STATE GOVERNOR'S PAROLE BOARD HEARING DEPT.,<br><br>    Defendant. | Case No. 20-01683 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the complaint without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: __July 21, 2020_____

    BETH LABSON FREEMAN
    United States District Judge

Judgment
PRO-SE\BLF\CR.20\01683Kabede_judgment